

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Zachary  J.  Williams v. Max  B.  Mutia

Appellate case number:    01-19-00340-CV

Trial court case number:  15-DCV-227230

Trial court:              434th District Court of Fort Bend County

       Two motions to substitute counsel for appellee Max B. Mutia have been filed in this Court: (1) a motion to substitute Manpreet Kaur Singh for R.J. Blue, both attorneys with the Law Offices of Fanaff, Hoagland, Gonzales & Baldwin (filed on June 22, 2021); and (2) a motion to substitute Frank J. Caycedo, another attorney with the Law Offices of Fanaff, Hoagland, Gonzales & Baldwin, for Manpreet Kaur Singh (filed on July 1, 2021).

       Both motions are **granted**.

       The Clerk of this Court is directed to enter Frank J. Caycedo as counsel of record for appellee Max B. Mutia in this appeal. *See* TEX. R. APP. P. 6.5(d).

       It is so ORDERED.

Judge's signature: /s Amparo Guerra
                Acting individually


Date: July 15, 2021